Commonwealth *v.* Coppler, Appellant.

Submitted April 14, 1975. *Stephen P. Swem* and *John R. Cook,* Trial Defenders, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Crotsley, Appellant.

Submitted September 8, 1975. *Gary Neil Asteak,* Assistant Public Defender, for appellant; *Alan B. McFall,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

CERCONE and SPAETH, JJ., dissent on the basis of *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975).